IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE ROBERT PATRON, | § | |
| TDCJ-CID NO.1176158, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3606 |
| | § | |
| DOUG DRETKE, TDCJ-CID Director | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on December 21, 2005.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE